IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREA LOLLIS                                                                                           PLAINTIFF

VS.                                               CASE NO. 10-CV-4079

MATTHEWS & MICHAELS                                                                         DEFENDANTS

### ORDER OF DISMISSAL

  Pursuant to settlement, the above styled and numbered case is hereby dismissed without prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order.  If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal with prejudice.

  IT IS SO ORDERED, this 13th day of July, 2010.


                   /s/Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge